IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ARIEL YOUNG,

Plaintiff,

vs.

ERIC GONZALEZ, VANESSA FANG, ROWAN WILSON, JAMIE MCDONALD, KAREN LIN, KEVIN MCCLANAHAN, JOSEPH NOCELLAJR., SERGIO JIMENEZ, ALVIN BRAGG, CARMEN PACHECO, MONIQUE HOLAMAN, DAWN HILL-KEARSE, ODESSA KENNEDY, WAVNY TOUSSAINT, JOHN R. HIGGITT, HECTOR LASSALE, MARGARET A. CHAN, TANYA FAYE, EDDIE J. MCSHAN, ERIC KOMITEE, LILLIAN WAN, MARGO BRODIE, JAVIER E. ORTIZ, BRIAN GOTLIEB, KELLY O'NEILL LEVY, JOY CAMPANELLI, LAURENCE L. LOVE, GENINE EDWARDS, PHILLIP HOM, SUZANNE ADAMS, MARK KAGAN, DAKOTA RAMSEUR, DEBORAH A. DOWLING, DIANNE RENWICK, JOHN P. BURNS, ELLEN GESMER, DAVID J. VENTURELLA, ELENA GOLDBERG VELAZQUEZ, WHITNEY CLARK, JOSEPH B. EDLOW, and LAURA TAYLOR SWAIN,

Defendants.

8:26CV617

MEMORANDUM AND ORDER

Plaintiff Ariel Young, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal

is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 15th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge